No. 05–8995. MONTALVO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 05–8996. DONAHUE *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 05–528. MILLER-STOUT, SUPERINTENDENT, AIRWAY HEIGHTS CORRECTIONS CENTER *v.* BAILEY. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 05–797. GUAM *v.* CITIBANK (SOUTH DAKOTA), N. A. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–805. WASHINGTON, ACTING WARDEN *v.* MORRISETTE. Sup. Ct. Va. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 05–807. REAMES *v.* OKLAHOMA EX REL. OKLAHOMA HEALTH CARE AUTHORITY ET AL. C. A. 10th Cir. Motion to substitute John Branscum, Special Administrator of the Estate of Pattie Lynn Reames, Deceased, as petitioner granted. Certiorari denied.

No. 05–7379. LAMBERT *v.* FOLINO, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GREENE, ET AL. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–7700. MUSSARE ET AL. *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 05–8433. SHYMATTA *v.* MICROSOFT CORP. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 05–8957. WILKERSON *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.